IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHANNELL JONES MCCALL ) | Case No. 20−31325−KRH |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO INCUR DEBT

COMES NOW, the Debtor, by counsel, and as and for her Motion to Incur Debt, states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on March 9, 2020.

2. The Debtor has applied for and Basic Auto Sales RVA has approved a loan to the Debtor in the amount of $21,357.38 plus interest at 16.99% per annum to be repaid with 72 equal monthly payments of $475.00 for the purchase of a 2020 Nissan Altima or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle because her current vehicle has broken down, and she needs a replacement vehicle to travel to and from work.

4. The purchase of the vehicle is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein.

5. The Debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the Debtor requests that the Court enter an Order approving the aforesaid loan on the terms stated herein and for such other relief as the Court may deem appropriate.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

SHANNELL JONES MCCALL

By: /s/ James E. Kane
Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

/s/ James E. Kane
James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHANNELL JONES MCCALL ) | Case No. 20−31325−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtor has filed Motion to Incur Debt in the above matter.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, within twenty-one (21) days from the date of this Notice you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA 23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **December 16, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated: December 9, 2020

                                  SHANNELL JONES MCCALL

                                  By: /s/ James E. Kane
                                          Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA 23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

# CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record who have signed up to receive such notification and by first class mail to the parties on the attached list.

                                  /s/ James E. Kane
                                      James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 20-31325-KRH<br>Eastern District of Virginia<br>Richmond<br>Tue Dec  8 16:29:08 EST 2020 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Ashton Square Apartments<br>603-A Westover Hills Blvd.<br>Richmond, VA 23225-0000 |
| Cascade Capital<br>Santander Consumer USA<br>1670 Corporate Cir<br>Petaluma, CA 94954-6946 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Dept. of Treasury -<br>Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | IC System, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Peroutka,Miller,Klima &Peters<br>8028 Ritchie Highway, Ste 300<br>Pasadena, MD 21122-1360 | Santander Consumer USA<br>Attn: Bankruptcy<br>601 Penn St<br>Reading, PA 19601-3544 | Trexis Insurance<br>PO Box 64378<br>Saint Paul, MN 55164-0378 |
| Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA 18002-5505 | Virginia Department of Taxatio<br>PO Box 2369<br>Richmond, VA 23218-2369 |
| Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Carl M. Bates<br>341 Dial 866-813-0912 Code: 8576180<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 |
| John P. Fitzgerald, III<br>Office of the US Trustee - Region 4 -R<br>701 E. Broad Street, Ste. 4304<br>Richmond, VA 23219-1849 | Shannell Jones McCall<br>625 Westover Hills Blvd.<br>Apartment G<br>Richmond, VA 23225-4582 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-0000 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | (d)Jefferson Capital Systems, LLC<br>Attn: Bankruptcy<br>16 Mcleland Road<br>Saint Cloud, MN 56303-0000 |

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19