**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHANNELL JONES MCCALL ) | Case No. 20−31325−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO EXPEDITE HEARING ON MOTION**
**TO INCUR DEBT AND TO SHORTEN NOTICE PERIOD**

COME NOW the Debtor, by counsel, and move this Court to Expedite the Hearing on her Motion to Incur Debt and to Shorten Notice Period, and in support thereof states as follows:

1. The Debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on March 9, 2020.

2. The Debtor has applied for and Basic Auto Sales RVA has approved a loan to the Debtor in the amount of $21,357.38 plus interest at 16.99% per annum to be repaid with 72 equal monthly payments of $475.00 for the purchase of a 2020 Nissan Altima or similar vehicle.

3. The Debtor needs to purchase the referenced vehicle because her current vehicle has broken down, and she needs a replacement vehicle to travel to and from work.

4. The purchase of the vehicle is in the best interest of the Debtor and will facilitate her ability to perform under her Chapter 13 Plan filed herein.

5. The Debtor's Chapter 13 Plan has been confirmed.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
Counsel for Debtor

WHEREFORE, the Debtor respectfully requests that the Court expedite the hearing on their Motion to Incur Debt, Shorten the Notice Period required for said Motion, and grant her such other and further relief as is just and proper.

Dated:  December 9, 2020                                    SHANNELL JONES MCCALL


                                                           By:  /s/ James E. Kane
                                                                   Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*


## CERTIFICATION

I, James E. Kane, pursuant to Local Rule 9013-1(N), do hereby certify that:

1. I have carefully examined the matter and concluded that there is a true need for an emergency hearing,

2. I have not created the emergency through any lack of due diligence.

3. I have made a *bona fide* effort to resolve the matter without hearing.


                                                           By:    /s/ James E. Kane
                                                                   James E. Kane

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

      /s/ James E. Kane
      Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                    )
                                                          )
SHANNELL JONES MCCALL              )     Case No. 20−31325−KRH
                                                          )     Chapter 13
                    Debtor                          )

## NOTICE OF MOTION AND HEARING

The above Debtor has filed papers with the Court to request an order to Expedite the hearing and to Shorten the Notice Period with respect to her Motion to Incur Debt.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    KANE & PAPA, P.C.
    1313 East Cary Street
    Richmond, Virginia 23219

- Attend a hearing scheduled for **December 16, 2020 at 12:00 p.m. at U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219**.  If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  December 9, 2020                              SHANNELL JONES MCCALL


                                                      By:  /s/ James E. Kane
                                                              Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
*Counsel for Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and will mail the same by first class mail, postage pre-paid, to the parties on the attached list.

/s/ James E. Kane
Counsel for Debtor

```
Label Matrix for local noticing          United States Bankruptcy Court          Ashton Square Apartments
0422-3                                   701 East Broad Street                   603-A Westover Hills Blvd.
Case 20-31325-KRH                        Richmond, VA 23219-1888                 Richmond, VA 23225-0000
Eastern District of Virginia
Richmond
Tue Dec  8 16:29:08 EST 2020

Cascade Capital                          Department Stores National Bank         Dept. of Treasury -
Santander Consumer USA                   c/o Quantum3 Group LLC                  Internal Revenue Service
1670 Corporate Cir                       PO Box 657                              P. O. Box 7346
Petaluma, CA 94954-6946                  Kirkland, WA  98083-0657                Philadelphia, PA 19101-7346


(p)DSNB MACY S                           IC System, Inc                          (p)JEFFERSON CAPITAL SYSTEMS LLC
CITIBANK                                 Attn: Bankruptcy                        PO BOX 7999
1000 TECHNOLOGY DRIVE MS 777             Po Box 64378                            SAINT CLOUD MN 56302-7999
O FALLON MO 63368-2222                   Saint Paul, MN 55164-0378


Peroutka,Miller,Klima &Peters            Santander Consumer USA                  Trexis Insurance
8028 Ritchie Highway, Ste 300            Attn: Bankruptcy                        PO Box 64378
Pasadena, MD 21122-1360                  601 Penn St                             Saint Paul, MN 55164-0378
                                         Reading, PA 19601-3544


Verizon                                  Verizon Wireless                        Virginia Department of Taxatio
by American InfoSource as agent          P.O. Box 25505                          PO Box 2369
4515 N Santa Fe Ave                      Lehigh Valley, PA 18002-5505            Richmond, VA 23218-2369
Oklahoma City, OK 73118-7901


Wells Fargo Bank NA                      Carl M. Bates                           James E. Kane
Attn: Bankruptcy                         341 Dial 866-813-0912 Code: 8576180     Kane & Papa, PC
1 Home Campus Mac X2303-01a              P. O. Box 1819                          1313 East Cary Street
Des Moines, IA 50328-0001                Richmond, VA 23218-1819                 P.O. Box 508
                                                                                 Richmond, VA 23218-0508


John P. Fitzgerald, III                  Shannell Jones McCall
Office of the US Trustee - Region 4 -R   625 Westover Hills Blvd.
701 E. Broad Street, Ste. 4304           Apartment G
Richmond, VA 23219-1849                  Richmond, VA 23225-4582
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Deptartment Store National Bank/Macy's   Jefferson Capital Systems LLC           (d)Jefferson Capital Systems, LLC
Attn: Bankruptcy                         Po Box 7999                             Attn: Bankruptcy
9111 Duke Boulevard                      Saint Cloud Mn 56302-9617               16 Mcleland Road
Mason, OH 45040-0000                                                             Saint Cloud, MN 56303-0000
```

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19